**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

| | | |
|---|---|---|
| PANORAMIC STOCK IMAGES, LTD. d/b/a PANORAMIC IMAGES<br>Plaintiff, | ) | Case No. 12-cv-09881 |
| v. | ) | **COMPLAINT** |
| THE McGRAW-HILL COMPANIES, INC.,<br>Defendant | ) | DEMAND FOR JURY TRIAL |

This is an action for copyright infringement and contributory copyright infringement brought by Plaintiff Panoramic Stock Images Ltd., the owner of copyrights to photographs described hereafter, against Defendant The McGraw-Hill Companies, Inc. ("McGraw") for unauthorized uses of Panoramic's photographs. Plaintiff demands a jury trial and states:

**PARTIES**

1. Panoramic Stock Images Ltd. doing business as Panoramic Images ("Panoramic") is a stock photography licensing agency engaged in licensing photographs to publishers, including McGraw. Panoramic is an Illinois corporation located in Evanston, Illinois.

2. McGraw is a New York corporation which publishes and sells textbooks in the Northern District of Illinois, throughout the United States, and overseas, including the publications and ancillary materials in which Plaintiff's photographs are unlawfully reproduced.

**JURISDICTION**

3. This is an action for copyright infringement and contributory copyright infringement arising under copyright laws of the United States. This Court has jurisdiction over the subject matter of this action pursuant to 28 United States Code §§ 1331 (federal question)

and 1338 (conferring original jurisdiction over claims arising under any act of Congress relating to copyrights).

**VENUE**

4. Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1391(a) and (b) and 28 U.S.C. §§ 1400(a) because Defendant conducts substantial business within the state of Illinois; Defendant infringed Plaintiff's copyrights within the state of Illinois; and a substantial part of the events or omissions and alleged misconduct giving rise to Plaintiff's claims occurred in the state of Illinois.

**FACTS COMMON TO ALL COUNTS**

5. Panoramic is the owner of the attached photographic images ("Photographs") depicted in Exhibit 1.

6. The Photographs have been registered with the United States Copyright Office, as set forth in Exhibit 1.

7. Between 1991 and 2012, in response to permission requests from McGraw, Panoramic sold McGraw limited licenses to use copies of the Photographs in numerous educational publications. The licenses granted to McGraw were expressly limited by number of copies, distribution area, image size, language, duration and/or media (print or electronic) as set forth in Exhibit 1.

8. Panoramic granted the limited use licenses in response to McGraw's representations to Panoramic that the use of the Photographs would not exceed the limitations contained in its license requests.

9. At the time McGraw represented to Panoramic in its permission requests that it needed specified, limited licenses to use the Photographs, McGraw often knew its actual uses under the licenses would exceed the usage rights it was requesting and paying for.

10. McGraw intended by its misrepresentations to obtain access to the Photographs at a lower cost than it would have paid had it been honest in its dealings and to conceal the copyright infringements that followed. McGraw was successful and achieved both these wrongful ends.

11. Upon information and belief, McGraw exceeded the permitted uses under the terms of the limited licenses it was granted in the publications identified in Exhibit 1.

12. Upon information and belief, McGraw used the Photographs without any license or permission in additional publications. Because McGraw alone knows these wholly unauthorized uses, Panoramic cannot further identify them without discovery. Upon information and belief, McGraw has developed a list of its wholly unlicensed uses and Panoramic's Photographs are among those McGraw has so identified.

13. On December 4, 2012, Panoramic provided McGraw with a detailed breakdown of the Photographs and the terms pursuant to which they were licensed, and requested in writing that McGraw provide accurate information concerning McGraw actual uses of the Photographs. McGraw did not to provide the information Panoramic requested and declined to state which, if any, of the Photographs it has not infringed.

***McGraw's Pattern of Infringement***

14. McGraw's practice of requesting and paying for a license for limited uses, and then exceeding those licensed uses, extends beyond the publications in suit. While the lost licensing fee to any individual copyright holder is relatively small, McGraw has sold and

distributed millions of its publications, generating billions in revenue. McGraw's business model, built on a foundation of pervasive and willful copyright infringement, deprived Panoramic and thousands of other visual art licensors of their rightful compensation and unjustly enriched McGraw with outlandish profits in the process.

15. Several other photographers and stock photography agencies have brought actions against McGraw alleging copyright infringement claims nearly identical to those asserted by Panoramic in this action. Since 2011, McGraw has been sued for copyright infringement in at least the following seven actions involving hundreds of photographers and thousands of photographs:

a. *Muench Photography, Inc. v. The McGraw-Hill Companies, Inc.*, No. 12-cv-06595 (S.D.N.Y);

b. *DRK Photo v. McGraw-Hill Companies Incorporated et al,* No. 12-cv-08093 (D. Ariz.);

c. *Grant Heilman Photography, Inc. v. The McGraw-Hill Companies*, *Inc.*, No. 12-cv-02061 (E.D. PA);

d. *Viesti Associates, Inc. v. McGraw-Hill Companies, Inc.*, No. 1:2012-cv-00668 (D. Colo.). In pleadings filed in this action (see attached Exhibits 2-3), McGraw admitted using photographs in its textbooks without authorization on numerous occasions.

e. *Viesti Associates, Inc. v. McGraw-Hill Companies, Inc.*, No. 1:2011-cv-01237 (D. Colo.);

f. *Gibson et al v. The McGraw-Hill Companies* No. 1:11-cv-02765-JPO (S.D.N.Y.);

g. *Robert Frerck v. The McGraw-Hill Companies, Inc.* No. 1:12-cv-07516 (N.D. Ill.).

16. The following examples show McGraw's practice of systematically infringing copyrights in photographs:

a. McGraw licensed to print 300,000 copies of images in *Everyday Math 2007.* It printed 779,281 copies.

b. McGraw licensed to print 60,000 copies of images in *Macmillan Health and Wellness*, Grade 3. It printed 345,050 copies.

c. McGraw licensed to print 60,000 copies of images in *Macmillan Health and Wellness*, Grade 4. It printed 365,000 copies.

d. McGraw licensed to print 60,000 copies of images in *Macmillan Health and Wellness*, Grade 5. It printed 358,000.

*e.* McGraw licensed to print 60,000 copies of images in *Science 2008 – California Grade 2*. It printed 185,525.

17. When McGraw copied, distributed and used the Photographs without authorization, McGraw had a duty in equity and good conscience to disclose those uses to Panoramic. This is especially so because McGraw knew precisely when its use of the Photographs exceeded the applicable license limitations, or were used without any license, but Panoramic had no such knowledge nor any reason to assume McGraw was being deceitful in the uses it was making of the Photographs.

18. McGraw's scheme was effective and worked as intended. For years the infringements that followed McGraw's deceptive practices were concealed. To this day, McGraw alone knows the full extent to which it has infringed Panoramic's copyrights.

19. A reasonable opportunity for discovery will show that McGraw's pattern of infringing copyrights encompasses Panoramic's Photographs.

***Contributory Copyright Infringement***

20. Upon information and belief, McGraw facilitated the international distribution of the Photographs by transmitting them in publications to other entities, subsidiary companies, divisions, affiliates, and/or third parties ("Third Parties"). McGraw permitted the Third Parties to distribute McGraw's publications containing the Photographs in new territories, to translate its publications into new languages, and to adapt its publications for distribution in additional territories.

21. McGraw facilitated the international distribution of publications containing the Photographs through its offices in Asia, Europe, Latin America and India which "serve customers worldwide." (Exhibit 6.) "Each international group has its own sales, marketing, and editorial staffs, distribution center, and customer service operation. All distribute the full range of books produced by the McGraw-Hill Education Group -- either in English or in translated editions…." (Id.)

22. By transmitting the Photographs to the Third Parties, McGraw enabled, induced, caused, facilitated, or materially contributed to the Third Parties' unauthorized reproduction and distribution of the Photographs.

23. Upon information and belief, McGraw's unauthorized reproduction and distribution to the Third Parties took place in the United States.

24. Upon information and belief, McGraw knew when it reproduced and distributed the Photographs that the Third Parties would reproduce and distribute the Photographs without Panoramic's authorization.

25. Upon information and belief, McGraw knew that the Third Parties were reproducing and distributing Panoramic's Photographs without authorization.

26. Upon information and belief, McGraw directly profited from its transmission of the Photographs to the Third Parties since such Third Parties paid McGraw for distribution or translation rights, including access to all of the content in the publications.

27. All exhibits attached hereto are incorporated into this complaint by this reference.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

28. Panoramic incorporates herein by this reference each and every allegation contained in the paragraphs above.

29. The foregoing acts of McGraw constitute infringements of Panoramic's copyrights in the Photographs in violation of 17 U.S.C. §§ 501 *et seq.*

30. Panoramic suffered damages as a result of McGraw's unauthorized use of the Photographs.

**COUNT II**
**CONTRIBUTORY COPYRIGHT INFRINGEMENT**

31. Panoramic incorporates herein by this reference each and every allegation contained in the paragraphs above.

32. The foregoing acts of McGraw constitute contributory infringements of Panoramic's copyrights in the Photographs in violation of 17 U.S.C. § 501 *et seq*.

33. Panoramic suffered damages as a result of McGraw's unauthorized use of the Photographs.

WHEREFORE, Plaintiff requests the following:

1. A permanent injunction against Defendant and anyone working in concert with it from copying, displaying, distributing, selling or offering to sell Plaintiff's Photographs described in this Complaint and Plaintiff's photographs not included in suit.

2. As permitted under 17 U.S.C. § 503, impoundment of all copies of Plaintiff's Photographs used in violation of Plaintiff's exclusive copyrights as well as all related records and documents and, at final judgment, destruction or other reasonable disposition of the unlawfully used Photographs, including digital files and any other means by which they could be used again by Defendant without Plaintiff's authorization.

3. An award of Plaintiff's actual damages and all profits derived from the unauthorized use of Plaintiff's Photographs or, where applicable and at Plaintiff's election, statutory damages.

4. An award of Plaintiff's reasonable attorneys' fees.

5. An award of Plaintiff's court costs, expert witness fees, interest and all other amounts authorized under law.

6. Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury of all issues permitted by law.

DATED: December 11, 2012

Plaintiff Panoramic Stock Images, Ltd. by its attorneys,

s/ Maurice Harmon

Maurice Harmon
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067
Tel: 610.262.9288
Fax: 610.262.9557
maurice@harmonseidman.com

Christopher Seidman
Harmon & Seidman LLC

PO Box 3207
Grand Junction, CO 81502
Tel: 970.245.9075
Fax 970.245.8086
chris@harmonseidman.com

Alex Rice Kerr (CA BAR 264821)
Harmon & Seidman LLC
219 Vicksburg St.
San Francisco, California 94114
Tel: (970) 270-4718
alex@harmonseidman.com

E. Bryan Dunigan
The Law Offices of E. Bryan Dunigan
221 N. LaSalle St., Suite 1454
Chicago, IL 60601
Tel: 312.857.2114
Fax: 312.372.1733
bdunigan@duniganlaw.com