IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PANORAMIC STOCK IMAGES, LTD. d/b/a PANORAMIC IMAGES </br>          Plaintiff, </br> v. </br> </br> McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, *et al.,* </br>          Defendants | ) ) ) ) ) ) ) ) ) ) ) | Case No. 12-cv-09881 </br></br> Judge Rebecca R. Pallmeyer |

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE
TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Rule 56.1(b)(3), Defendants McGraw-Hill Global Education Holdings LLC and McGraw-Hill School Education Holdings, LLC ("McGraw-Hill") hereby submit, in support of their Motion for Partial Summary Judgment, the following reply to the response by Plaintiff Panoramic Stock Images, Ltd.'s ("Panoramic"), Dkt. No. 71-1, to Defendants' Statement of Undisputed Material Facts filed by McGraw-Hill in connection with its motion, Dkt. No. 56.

**Introductory Facts**

1.  McGraw-Hill publishes textbooks and professional or trade books, among other products. The defendant entities are organized under the laws of the State of Delaware, with offices across the country, including headquarters located at 2 Penn Plaza, New York, New York 10121.

    **Panoramic's Response:  Undisputed.**

    **McGraw-Hill's Response:  Panoramic's Response does not raise any additional material facts that warrant a reply.**

2. Panoramic Stock Images, Ltd., d/b/a Panoramic Images, is a stock photography agency based in Evanston, Illinois.

**Panoramic's Response: Undisputed.**

**<u>McGraw-Hill's Response</u>: Panoramic's Response does not raise any additional material facts that warrant a reply.**

3. Panoramic claims to be the owner of the copyrights in the photos at issue in this case.

**Panoramic's Response: Undisputed.**

**<u>McGraw-Hill's Response</u>: Panoramic's Response does not raise any additional material facts that warrant a reply.**

4. This is an action for injunctive relief, statutory damages, compensatory and punitive damages, attorneys' fees, and interest under the copyright law of the United States and the tort law of the State of Illinois. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 (federal question) and 1338 (copyright).

**Panoramic's Response: Partially disputed. Panoramic does not seek punitive damages in its Complaint (Doc. 1).**

**<u>McGraw-Hill's Response</u>: McGraw-Hill does not dispute Panoramic's response.**

5. Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1391(a) and (b) and 28 U.S.C. § 1400(a). Neither party contests venue in this District.

**Panoramic's Response: Undisputed.**

**<u>McGraw-Hill's Response</u>: Panoramic's Response does not raise any additional material facts that warrant a reply.**

2

**McGraw-Hill's Use of the Photographs Represented by Panoramic**

6. From time to time between at least 1991 and 2012, McGraw-Hill paid stock photo permission invoices issued by Panoramic in connection with McGraw-Hill's use of photographs that were represented by Panoramic in McGraw-Hill's publications.

**Panoramic's Response: Undisputed.**

**McGraw-Hill's Response: Panoramic's Response does not raise any additional material facts that warrant a reply.**

7. Typically, when McGraw-Hill sought to license a photo directly from Panoramic, a photo editor at McGraw-Hill reached out to Panoramic to inform Panoramic of McGraw-Hill's interest in using one of its photographs and to request that Panoramic issue an invoice, which in turn would trigger McGraw-Hill to pay the bill. Often, McGraw-Hill sent Panoramic a formal, written invoice request. This document usually identified the image requested, the publication for which it would be used as well as estimated usage. Because the textbook had not yet been published, the usage would necessarily be an estimate – the photo researcher, who at all relevant times did not have access to data regarding sales of prior editions of the same texts or to its financial simulations regarding the projected print run of the subject book, had no way of knowing either what the actual usage would be or the number of copies McGraw-Hill projected it would print over the entire life of a book. Accordingly, these "estimates" were sent to the photographer primarily to establish an initial license fee.

**Panoramic's Response: Partially Disputed. Panoramic admits that McGraw often sent a written invoice request; however, it denies the requests contained McGraw's "estimated usage." At no point did McGraw indicate that its requests were only "estimates." Further, Panoramic can neither admit nor deny that McGraw's photo researchers had access to data regarding sales of prior editions of the same texts or to**

3

**McGraw's financial simulations regarding the projected print run of the subject book, or whether the photo researchers had any way of knowing either the actual usage or the number of copies McGraw projected would be printed over the life of these books.**

**Panoramic admits that it would send invoices to McGraw in response to its request letters, but denies Panoramic's invoices indicated only the price to be paid by McGraw for its "estimated usage." The invoices outlined the limited permission Panoramic was granting to McGraw and the price to be paid in exchange for the specified, limited grant of rights.[1]**

> **McGraw-Hill's Response:** Panoramic's response does not rebut the substance of McGraw-Hill's factual proposition. As set forth in McGraw-Hill's Response to Panoramic's Statement of Undisputed Material Facts in support of Panoramic's motion for partial summary judgment, Dkt. No. 68, McGraw-Hill established that the invoices sent by Panoramic to McGraw-Hill indicate only that McGraw-Hill must pay Panoramic a certain amount to make specific uses of images provided by Panoramic, but are not themselves licenses, do not themselves encompass any license limits, and are properly considered to be only one data point in the course of the licensing relationship between Panoramic and McGraw-Hill. *See* Defs' Resp. to Pl.'s Separate Statement of Facts, No. 8 (incorporating reference to deposition testimony of Rachel Norton, Leonard Behnke, and Heidi Kidwell). McGraw-Hill has also rebutted Panoramic's unsupported contention that such

---

[1] Dkt. No. 59-4, Declaration of Douglas Segal ("Segal Decl."), ¶¶ 11-14 and Exhibit 3.

4

**Panoramic's invoices constituted the sole expression of the permission granted to McGraw-Hill for McGraw-Hill's use of the photos.** *See id.*

8. Panoramic filed this lawsuit on December 11, 2012. This suit involves allegations concerning McGraw-Hill's alleged use of certain photos for which Panoramic now claims to own the copyrights.

**Panoramic's Response: Undisputed.**

**McGraw-Hill's Response: Panoramic's Response does not raise any additional material facts that warrant a reply.**

9. In its complaint, Panoramic asserts claims for copyright infringement and contributory copyright infringement and lists 170 images by 64 photographers whose copyrights McGraw-Hill is alleged to have infringed.

**Panoramic's Response: Undisputed.**

**McGraw-Hill's Response: Panoramic's Response does not raise any additional material facts that warrant a reply.**

10. Panoramic now has agreed to withdraw all of its claims as to 41 of the 170 images identified in its complaint because discovery has proven that there was no infringement with regard to McGraw-Hill's use of the images.

**Panoramic's Response**: Partially Disputed. Panoramic does not dispute that McGraw's discovery production in this case did not support the maintenance of certain of its claims. Further, Panoramic agreed to withdraw claims with respect to 26 images.

**McGraw-Hill's Response: Panoramic does not supply any evidence to contradict McGraw-Hill's position, though McGraw-Hill corrects its typographical error in listing "41," rather than the correct count of "43"**

5

images that have been withdrawn by Panoramic (as evidenced by McGraw-Hill's reference to "remaining 127 images" out of an original 170 images, *infra* ¶ 11.). On June 26, 2014, Panoramic agreed to withdraw a number of claims by listing the Complaint Row number for each voluntarily withdrawn claim. Beall Decl. Ex. 2. A chart detailing the Complaint Row number, the photographer, the image description, and the image identification number for each voluntarily withdrawn claim is as follows:

| Row | Photographer | Image Description | Image ID |
|---|---|---|---|
| 2 | Mark Segal | USA, Hawaii, Oahu, rainbow | 10472 |
| 12 | Stan Ries | Forked lightning in the sky | 4636 |
| 13 | Mark Segal | USA, Illinois, Chicago | 24476 |
| 28 | Mark Segal | Buildings in a city, Kuala Lumpur, Malaysia | 25892 |
| 29 | Andris Apse | Alpaca (Lama pacos) and Llama (Lama glama) grazing in the field, Lauca National Park, Arica-Parinacota Region, Chile | 65119 |
| 30 | Mark Segal | Vietnam Veterans Memorial, Washington DC, District Of Columbia, USA | 7984 |
| 59 | Jeff Lepore | USA, New York, Statue of Liberty | 40898 |
| 60 | Gerald L. French | Back of cable car San Francisco CA USA | 58291 |
| 84 | John Shaw | Smoky Mountain National Park TN USA | 29719 |
| 91 | Mark Segal | Aerial view of buildings in a city, Chicago, Illinois, USA | 68668 |
| 92 | Mark Segal | USA, Illinois, Chicago | 15020 |
| 93 | Richard Sisk | Ruins, Cliff Palace, Mesa Verde, Colorado, USA | 13572 |
| 125 | Al Keuning | Skyline Denver CO USA | 55210 |
| 126 | Gerald L. French | Aerial view of buildings in a city, El Paso, El Paso County, Texas, USA | 58295 |
| 127 | Donovan Reese | Maize field | 69278 |
| 128 | Allen Prier | Route 163, Monument Valley Tribal Park, Arizona, USA | 29473 |

| 129 | Andy Caulfield | Cumulus clouds in the sky, Texas, USA | 51218 |
|---|---|---|---|
| 130 | Neil A. Meyerhoff Inc. | Sand dunes on an arid landscape, Monahans Sandhills State Park, Texas, USA | 63138 |
| 139 | R Watts/First Light | Blue Ridge Parkway, NC, USA | 50727 |
| 140 | Liz Hymans | USA, Arizona, Grand Canyon, winter | 23481 |
| 141 | John Post | Water | 63098 |
| 142 | Bill Hoyt | Maple Leaves | 30988 |
| 143 | James Schwabel | USA, North Carolina, Blue Ridge Parkway | 24783 |
| 146 | Richard Sisk | Ruins, Cliff Palace, Mesa Verde, Colorado, USA | 13572 |
| 151 | Richard Sisk | Nashville TN | 77704 |
| 155 | Jerry Driendl Photography USA | Florida, Key West, Ernest Hemingway House | 79364 |
| 156 | Stan Ries | Skyline New Jersey | 85800 |
| 157 | Stan Ries | Skyline New Jersey | 85800 |
| 193 | Richard Day | Little Rock AR | 81727 |
| 194 | Richard Day | Little Rock AR | 81727 |
| 195 | Richard Day | Little Rock AR | 81727 |
| 200 | Tom Salyer | View Of Dense Weeds On A Waterline, Big Cypress Swamp National Preserve, Florida, USA | 32038 |
| 202 | Thomas Winz | Suspension bridge at dusk, Golden Gate Bridge, San Francisco, Marin County, California, USA | 70807 |
| 206 | Greg Pease | Twilight, Capitol Building, Washington DC, District Of Columbia, USA | 76109 |
| 212 | Jerry Driendl | Photography Statue Of Liberty, NYC, New York City, New York State, USA | 82981 |
| 213 | Jerry Driendl | Photography Statue Of Liberty, NYC, New York City, New York State, USA | 82981 |
| 229 | Terry Eggers | Road, Canola Field, Washington State, USA | 80423 |
| 236 | James Schwabel | Corn growing in a field, Grant County, Wisconsin, USA | 69301 |
| 237 | James Schwabel | Corn growing in a field, Grant County, Wisconsin, USA | 69301 |
| 238 | James Schwabel | Corn growing in a field, Grant County, Wisconsin, USA | 69301 |
| 239 | Ron Gould | Buildings in a city, Millennium Park, Chicago, Illinois, USA | 92520 |

| | | | |
|---|---|---|---|
| 240 | Ron Gould | Buildings in a city, Millennium Park, Chicago, Illinois, USA | 92520 |
| 243 | James Schwabel | Corn growing in a field, Grant County, Wisconsin, USA | 69301 |
| 245 | Ron Gould | Buildings in a city, Millennium Park, Chicago, Illinois, USA | 92520 |
| 250 | Neil A. Meyerhoff Inc. | River along mountains, Hudson River, New York State, USA | 10325 |
| 255 | Mark Segal | Boats in a row at a marina, Chicago, Illinois, USA | 97767 |
| 256 | Craig C. Sheumaker | USA, California, Middle Falls of the McCloud River, View of a waterfall in a forest | 62820 |
| 258 | Greg Probst | Sequoia National Park CA | 77859 |
| 259 | Discovery Comm | Wild Flowers Grown In The Valley, Death Valley National Park, Nevada, California, USA | 89117 |
| 260 | Greg Probst | Sequoia National Park CA | 77859 |
| 261 | Discovery Comm | Wild Flowers Grown In The Valley, Death Valley National Park, Nevada, California, USA | 89117 |
| 262 | Walter Bibikow | Evening Charleston SC | 85274 |
| 263 | Jeff Lepore | High angle view of trees in the forest, Porcupine Mountains Wilderness State Park, Upper Peninsula, Michigan, USA | 56447 |
| 264 | Jeff Lepore | High angle view of trees in the forest, Porcupine Mountains Wilderness State Park, Upper Peninsula, Michigan, USA | 56447 |
| 265 | James Cowlin | USA, Arizona, Phoenix | 80340 |
| 266 | James Cowlin | USA, Arizona, Phoenix | 80340 |
| 267 | Walter Bibikow | Evening Charleston SC | 85274 |
| 268 | Walter Bibikow | Evening Charleston SC | 85274 |
| 269 | Peter Adams | Indonesia | 73144 |
| 270 | Peter Adams | Indonesia | 73144 |

This list includes 43 unique image ID numbers, for a total of 43 images voluntarily withdrawn by Panoramic according to the Complaint Row numbers listed in their correspondence of June 26, 2014.

8

10. Panoramic alleges that the remaining 127 images were used by McGraw-Hill in the following titles:

- *Adams: Art Across Time Vol. II 1e 1999*
- *Bon Voyage, Level 1 © 2002*
- *Bon Voyage, Level 1A, 2005; Bon Voyage, Level 1B, 2005*
- *Bon Voyage, Level 2 © 2002*
- *Bon Voyage, Level 3 © 2005*
- *©2007 California Vistas Grade 2 Student Edition"*
- *©2000 Adventures in Time and Place (Grade 6, Ancient World)*
- *©2008 CA Science Leveled Readers (Grade 1)*
- *©1999 Adventures in Time and Place (Grade 4, Regions)*
- *©2000 Adventures in Time and Place (Grade 4, Regions)*
- *© 2003 Civics Today, North Carolina*
- *Ensuite, 2e 1993*
- *©2005 First Science Leveled Reader Grade 1 Sailing*
- *©2002 Glencoe Literature (Grade 7)*
- *©2001 McGraw-Hill Language Arts (Grade 2)*
- *©2001 McGraw-Hill Language Arts (Grade 3)*
- *©2009 Timelinks Grade 5 Volume 1 Student Edition*
- *©2000 Glencoe Literature (Grade 7)*
- *Informatics; 2000*
- *Introduction to Art Study Guide; 1996*
- *©2003 Introduction to Business*
- *Launching the Imagination Comprehensive 1e 2002*
- *Leveled Readers Grade 4; 2006*
- *Living with Art 3e by Gilbert, 1991*
- *Living with Art 5e, 1998*
- *© 2009 Marketing Essentials*
- *© 2004 Macmillan/McGraw-Hill Math (Grade 5)*
- *© 2004 Macmillan/McGraw-Hill Math (Grade 4)*
- *Michigan Social Studies 4 Michigan (World Around Us); 1992*
- *©2002 Middle School Science (Life)*
- *MMH Leveled Reader The Power of Wind*
- *©2009 Timelinks Grade 3 Communities Student Edition*
- *©2009 Timelinks Grade 6 Student Edition*
- *New Worlds: An Introduction to College Reading, 2e 2004*
- *New Worlds: An Introduction to College Reading 3/e by Edler; 2008*
- *New Worlds: An Introduction to College Reading by Cortina Elder; 1999*
- *©2001 Adventures in Time and Place (Grade 4, Oklahoma)*
- *© 2003 Macmillan/McGraw-Hill Social Studies (Grade 4, Our Country's Regions)*
- *PE1 Michigan Social Studies 4*
- *PGrade 6 World History Social Studies; 2003*

9

- *The Physical Universe Eleventh Edition*
- *©2011 Treasure Chest Leveled Reader*
- *©1993 Literature Resources, Grade 3, Level 9 Student Anthology*
- *©2007 Treasures Grade 5 Student Edition*
- *©2007 Glencoe Literature Reading With a Purpose Course 1 Student Edition*
- *©2002 McGraw-Hill Science (Grade 4)*
- *©2002 McGraw-Hill Science (Grade 3)*
- *©2005 Macmillan Science Grade 3*
- *©2008 Macmillan Science (Grade 1, California)*
- *©2002 McGraw-Hill Science (Grade 3)*
- *©2009 Science: A Closer Look (Grade 1)*
- *©2005 Macmillan Science Grade 1 Student Edition*
- *©1995 Science Interactions Course 1*
- *©1995 Science Interactions Course 2*
- *©1993/1995 Share the Music (Grade 5)*
- *©2001 Adventures in Time and Place (Grade 4, New Jersey)*
- *©2007 Social Studies Michigan Grade 4 Student Edition*
- *©2007 Social Studies New York Grade 4 Student Edition*
- *© 2003 Macmillan/McGraw-Hill Social Studies (GR 2 - We Live Together)*
- *© 2003 Macmillan/McGraw-Hill Social Studies (Texas Grade 3, Our Communities)*
- *© 2003 Macmillan/McGraw-Hill Social Studies (Texas Grade 4, Our Country's Regions)*
- *© 2003 Macmillan/McGraw-Hill Social Studies (Our Nation)*
- *©2003 Social Studies Grade 5 Texas Student Edition*
- *©1999 Adventures in Time and Place (Grade 6, Worlds)*
- *©2007 Social Studies Missouri Grade 4 Student Edition*
- *©2003 Social Studies Grade 5 Texas Student Edition*
- *© 2003 Macmillan/McGraw-Hill Social Studies (Our Nation)*
- *©2007 California Vistas Grade 5 Student Edition*
- *©1997 Technology: Today and Tomorrow (Teacher Edition)*
- *©1997 Technology: Today and Tomorrow (Student Edition)*
- *©2005 The American Journey, Florida*
- *©2005 The World and Its People, Florida*
- *©2009 Timelinks Grade 3 National Student Edition*
- *©2009 Timelinks Grade 3 Illinois Student Edition*
- *©2008 Timelinks Grade 3 Indiana Dunes National Lakeshore Leveled Readers*
- *©2005 Tresors du Temps*
- *Vox Spanish Phrase Book and Dictionary, Vox Diccionario de Bolsa de Modismos Ingleses Para Hispanohablantes; 2002*
- *©2006 Glencoe World History, California*
- *The American Vision: Modern Times California Edition; 2005*
- *©2006 The American Vision*
- *(a) Spanish (b) French (c) Italian of 4/C foreign language CD; 2002.*

>**Panoramic's Response:** Partially disputed. There are 144 images remaining in this case.

>>**McGraw-Hill Response:** Panoramic's evidence does not contradict McGraw-Hill's position. Panoramic does not dispute that there were 170 photos at issue in the original suit. After voluntarily withdrawing 43 of these photographs, *supra* ¶ 10, there are 127 remaining images in this case.

11. Panoramic's claims of direct copyright infringement arise of out McGraw-Hill's allegedly unauthorized use of Panoramic-represented images, all based on McGraw-Hill's alleged non-compliance with regard to the terms of the usage-fee invoices issued by Panoramic including printing more copies than the amount listed in the invoice, distributing copies outside of the geographic territories listed in the invoice, and reproducing the images in electronic formats that were not listed in the invoice.

>**Panoramic's Response:** Disputed. Panoramic's copyright infringement claims arise from McGraw's uses of Panoramic's images beyond the scope of the limited licenses it issued to McGraw.[2]

>>**McGraw-Hill's Response:** Panoramic's evidence does not contradict McGraw-Hill's position. McGraw-Hill incorporates by reference its reply to ¶ 7.

12. Panoramic's complaint alleges that Panoramic "granted the limited use licenses" to McGraw-Hill based upon McGraw-Hill's "representations . . . that use of the Photographs would not exceed the limitations contained in its license requests," that McGraw-Hill knew at the relevant time that "its actual uses . . . would exceed the usage rights it was requesting and paying

---

[2] Dkt. No. 1, ¶ 12.

11

for," and that McGraw-Hill "intended by its misrepresentations" to obtain permission to use the photographs "at a lower cost than it would have paid had it been honest in its dealings."

**Panoramic's Response: Partially disputed. Panoramic's Complaint actually alleges, "Panoramic granted the limited use licenses in response to McGraw's representations to Panoramic that the use of the Photographs would not exceed the limitations contained in its license requests."[3] "At the time McGraw represented to Panoramic in its permission requests that it needed specified limited licenses to use the Photographs, McGraw often knew its actual uses under the licenses would exceed the usage rights it was requesting and paying for."[4] "McGraw intended by its misrepresentations to obtain access to the Photographs at a lower cost than it would have paid had it been honest in its dealings and to conceal the copyright infringements that followed."[5]**

> **McGraw-Hill's Response**: Panoramic's evidence does not contradict McGraw-Hill's position. McGraw-Hill incorporates by reference its reply to ¶ 7.

13. Plaintiff's contributory copyright infringement claim allegedly arises out of McGraw-Hill's alleged distribution of the Panoramic-represented photographs to third parties, who then "translated [the] publications" at issue "into new languages" or published them in local adaptations or reprints and included the Photographs "without Panoramic's authorization."

**Panoramic's Response: Partially disputed. Panoramic does not dispute that its contributory copyright infringement claim is partially based on the allegations as stated by**

---

[3] *Id.* at ¶ 8.

[4] *Id.* at ¶ 9.

[5] *Id.* at ¶ 10.

12

**McGraw in paragraph 14. McGraw, however, leaves out other relevant allegations relating to the contributory copyright claim, such as "McGraw facilitated the international distribution of the Photographs by transmitting them . . . to . . . third parties. McGraw permitted the Third Parties to distribute McGraw's publications containing the Photographs in new territories . . . ."[6]**

> **<u>McGraw-Hill's Response</u>: Panoramic's evidence does not contradict McGraw-Hill's position. McGraw-Hill notes that Panoramic has now withdrawn its contributory copyright infringement claim. See Dkt. No. 71 at 13.**

14. As far as McGraw-Hill knows, Panoramic has not sought to depose any of the third parties with whom McGraw-Hill executed licensing agreements for the titles at issue in this case, and has not subpoenaed these third parties' documents. Nor has Panoramic produced in litigation copies of any books (in any format) published by the third parties who allegedly have reproduced Panoramic's images without Panoramic' permission.

**Panoramic's Response: Undisputed.**

> **<u>McGraw-Hill's Response</u>: Panoramic's Response does not raise any additional material facts that warrant a reply.**

15. 16. McGraw-Hill is aware of no evidence in this case showing that any of the at-issue photos were printed in any third party's translation of any of the at-issue titles.

**Panoramic's Response: Panoramic cannot admit or deny a statement regarding McGraw-Hill's knowledge of the evidence in this case.**

---

[6] *Id.* at ¶ 20-21.

>**McGraw-Hill's Response:** Panoramic's Response does not raise any additional material facts that warrant a reply.

**Panoramic's Knowledge of Its Claims**

16. Although it did not file its complaint until December 11, 2012, Panoramic knew of the basis for its claims against McGraw-Hill more than three years earlier. At some point before November 12, 2009, Douglas Segal read a magazine article "about unauthorized use of stock agencies' photographs by publishers," which included both reference to the agencies' litigation against the publishers, and Harmon & Seidman's involvement in that litigation.

**Panoramic's Response:** Disputed. Defendant identifies no facts supporting any allegation that Panoramic had knowledge of the specific facts giving rise to its claims more than three years prior to filing its Complaint. Neither has McGraw proffered any evidence that Panoramic reasonably should have known of these facts more than three years prior to filing its Complaint. Panoramic President, Douglas Segal, testified that Panoramic first became aware of potential issues with publishers' uses of Panoramic's photographs when he received an email from former John Wiley & Sons, Inc. employee Richard Fox on October 15, 2012.[7] He further testified that Panoramic was not aware of any issues with any publisher earlier than 2012.[8] In November 2009, Panoramic was not aware of any specific titles, publications, or publishers that were allegedly infringing Panoramic's copyrights.[9] With respect to the unidentified article that McGraw mentions in paragraph

---

[7] Segal Decl. ¶ 27 and Exhibit 5.

[8] Exhibit C to the Second Declaration of Jennifer Johnson, Deposition of Douglas Segal (Dkt. No. 71-6) ("Segal Dep.") at 205:9-14.

[9] Segal Dep. at 236:12-17.

14

**17, the article is vague and provides very little information upon which to base a claim.[10] The article simply identifies an issue in textbook publishing generally.[11]**

> **McGraw-Hill's Response:** Panoramic's evidence does not contradict McGraw-Hill's position. As established in McGraw-Hill's partial motion for summary judgment, e-mail correspondence makes clear that Doug Segal of Panoramic had explicit discussions sometime in November 2009, or earlier, with Panoramic's attorneys concerning plans to bring claims for copyright infringement against McGraw-Hill. *See* Declaration of Christopher P. Beall, Ex. 1 (Dkt. No. 58 June 30, 2014). Mr. Segal knew not only of general allegations but also that publishers with whom Panoramic had done business, including McGraw-Hill, were among the alleged infringers. *Id.*

17. On November 12, 2009, Christopher Seidman of Harmon & Seidman emailed Mr. Segal. In his email, Mr. Seidman thanked Mr. Segal for "contacting [Harmon & Seidman] to discuss the status of litigation by visual art licensors against textbook publishers," and "welcome[d] [Panoramic] as a client." Mr. Seidman's email made note of their discussion of "systemic copyright infringement" by textbook publishers, and he requested that Mr. Segal put together spreadsheets reflecting the invoices Panoramic has sent to each of several textbook publishers, including McGraw-Hill. In this context, Mr. Seidman indicated that Mr. Segal should review Panoramic's invoices "[g]oing back to 1995" because that time frame "will capture most infringing activity." The email also attached a retainer and 45% contingency fee agreement, which Seidman has already signed.

---

[10] Segal Decl. ¶ 26 and Exhibit 4.

[11] *Id.*

15

**Panoramic's Response: Undisputed.**

**<u>McGraw-Hill's Response</u>: Panoramic's Response does not raise any additional material facts that warrant a reply.**

Dated: August 7, 2014

By:   */s/ Christopher P. Beall*
       Christopher P. Beall
       Levine Sullivan Koch & Schulz, LLP
       321 West 44th Street, Suite 1000
       New York, New York 10036
       (T): (212) 850-6100
       (F): (212) 850-6299
       cbeall@lskslaw.com

       William McGrath
       Davis McGrath LLC
       125 South Wacker Drive
       Chicago, Illinois 60606
       (T): (312) 332-3033
       (F): (312) 332-6376
       wmcgrath@davismcgrath.com

       *Attorneys for Defendants McGraw-Hill Global Education Holdings LLC and McGraw-Hill School Education Holdings, LLC*

**CERTIFICATE OF SERVICE**

I, Christopher P. Beall, an attorney and counsel of record for Defendants McGraw-Hill Global Education Holdings LLC and McGraw-Hill School Education Holdings, LLC, certify that I caused the foregoing **DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S S STATEMENT OF UNDISPUTED MATERIAL FACTS** to be electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send automated notification of this filing to all parties of record on this date.

Dated: August 7, 2014                          By:        */s/ Christopher P. Beall*